# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEVI STRAUS & CO.,**<br>    **Plaintiff,**<br>vs.<br>**NYGARD INTERNATIONAL PARTNERSHIP,**<br>    **Defendant.** | **Case No.: 12-CV-6420 YGR**<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a case management conference on October 21, 2013, by order issued May 17, 2013. (Dkt. No. 24.) Under the Northern District Local Rules, "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a *Joint* Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c) (emphasis added). As of the date of this Order, no joint case management statement has been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, November 4, 2013, at 2:00 p.m.**, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

By no later than **Monday, October 28, 2013,** the parties must file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with

respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement.

Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for October 21, 2013 is **CONTINUED** to **November 4, 2013 at 2:00 p.m.**.

**IT IS SO ORDERED.**

Date: October 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**